[No. 2649–3. Division Three. November 30, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH BONOGOFSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 20542, Walter A. Stauffacher, J.,

1024

entered March 24, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in Munson, C.J., and Roe, J.